1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN JUSTIN CARR,

                    Petitioner,

            v.

WARDEN GAY

                    Respondent.

Case No. C07-5250FDB

ORDER GRANTING
RESPONDENT AN
EXTENSION OF TIME

This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 14). Counsel indicates files have been ordered from the state courts to answer the petition.  The files have not arrive in a timely fashion as a result of a person leaving the Washington State Court of Appeals.

Respondent has shown good cause for an extension of time and will have until **October 10, 2007,** to file an answer.

The clerk is directed to send copies of this order to petitioner and counsel for respondent. And to note the **October 10, 2007,** due date.

DATED this 10 day of September, 2007.

_/S/ J. Kelley Arnold_
J. Kelley Arnold
United States Magistrate Judge

ORDER- 1