# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHAWN JUSTIN CARR

v.

WARDEN GAY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5250FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The petition is DISMISSED WITH PREJUDICE for the reasons set forth in the Report and Recommendation. This petition is time barred.

December 18, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk